**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00216-REB-01

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. WAYNE DENEAL LUCKETT,

 Defendant.

---

**MINUTE ORDER**[1]

---

 The change of plea hearing set for September 6, 2011, is **VACATED** and is **CONTINUED** pending further order of court. On **September 13, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the change of plea hearing in this matter. Counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

 Dated: September 6, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.