IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00216-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WAYNE DENEAL LUCKETT,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the sentencing hearing set for Friday, February 3, 2012, is **VACATED** and is **CONTINUED** to **February 9, 2012**, at 11:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  February 2, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.